JEROME B. ANTHONY *vs.* JOSEPH G. CLARKE.

That the Attorney General is about to proceed by indictment against the defendant is good ground for the continuance of a suit growing out of the facts charged in the indictment.

THIS was an action of replevin for the recovery of stolen goods from the possession of the defendant. The counsel for the defendant moved that the case be continued to await the event of an indictment, which the Attorney General was about to commence against the defendant, for stealing, or receiving the articles for which this action was brought.

*Per curiam.* The motion comes within the reason of the rule, by which actions are always continued to await the event of an indictment pending in relation to the subject matter of the suit.